IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDON BONDACH,[1] | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 10-2032 |
| | : | |
| JOSHUA T. FAUST, JORGE A. GONZALEZ, WILLIAM M. HEIM, CITY OF READING and JOHN DOES, 1-10, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this   30th   day of August, 2011, upon consideration of Plaintiff's Motion in Limine to Preclude Defense Expert Testimony (Dkt. No. 46), filed on August 1, 2011, and Defendants' Response in Opposition to Plaintiff's Motion (Dkt. No. 48), filed on August 11, 2011 and consistent with the foregoing Memorandum,

**IT IS ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge

---

[1] Counsel for Defendants/Counterclaim Plaintiff noted in Officer Joshua T. Faust's Motion for Partial Summary Judgment (Document No. 42) that Plaintiff/Counterclaim Defendant's legal name is Michael Brendan Bondoch, not Brendon Bondach, as stated in the Complaint.  Mot. Partial Summ. J., p. 1.  The Court anticipates that Plaintiff's counsel will move to amend the caption of the Complaint to correct this misidentification of Plaintiff.  Until the caption is amended, we will utilize the Plaintiff's misspelling.