IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDON BONDACH,[1] | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 10-2032 |
| | : | |
| JOSHUA T. FAUST, JORGE A. GONZALEZ, WILLIAM M. HEIM, CITY OF READING and JOHN DOES, 1-10, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this   7th   day of September, 2011, upon consideration of the Motion for Partial Summary Judgment of Defendant/Counterclaim Plaintiff Joshua T. Faust ("Officer Faust") filed on July 15, 2011 (Doc. No. 42), the Concise Statement of Material Facts filed by Officer Faust on July 15, 2011 (Doc. No. 43), and the Response and Cross-Motion for Summary Judgment of Plaintiff/Counterclaim Defendant Brendon Bondach ("Mr. Bondach") filed on August 29, 2011 (Doc. No. 51) , and for the reasons set forth in the accompanying Memorandum,

**IT IS ORDERED** that Mr. Bondach's Cross-Motion for Summary Judgment as to the Counterclaim is **DENIED**.

**IT IS ORDERED** that Officer Faust's Motion for Partial Summary Judgment on the Counterclaim is **GRANTED**.

**IT IS ORDERED** that judgment shall be entered with prejudice on the

---

[1] Officer Faust's counsel notes that Plaintiff/Counterclaim Defendant's legal name is Michael Brendan Bondoch, not Brendon Bondach. Mot. Partial Summ. J., p. 1. The Court anticipates that Plaintiff's counsel will move to amend the caption of the Complaint. Until that amendment, we will utilize the Plaintiff's misspelling.

counterclaim in favor of Officer Faust in an amount to be determined at trial.

                                                        BY THE COURT:


                                                        */s/ Henry S. Perkin*  
                                                        HENRY S. PERKIN  
                                                         UNITED STATES MAGISTRATE JUDGE